UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUAN MANUEL de LEON MEDINA,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CAUSE NO. 2:26-CV-330-PPS-AZ

ORDER

Juan Manuel de Leon Medina, by counsel, an immigration detainee at Miami Correctional Facility, filed this case in the Hammond Division. Because Miami Correctional Facility is located within the South Bend Division, the case should not be litigated in the Hammond Division. *See* N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with these filings in the South Bend Division, and to randomly assign judges under General Order 2025-15.

SO ORDERED on this 27th day of July 2026.

s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT